﻿Citation Nr: AXXXXXXXX
Decision Date: 02/25/19 Archive Date: 02/25/19

DOCKET NO. 181031-848
DATE: February 25, 2019

ORDER

Entitlement to service connection for residuals of back surgery (also claimed as arthritis) is dismissed.

FINDING OF FACT

1. In his June 2018 RAMP Opt-In Notice, the Veteran withdrew his appeal for service connection for residuals of back surgery.

2. At the time of the RAMP Opt-In Notice, the Board had not activated the appeal.

CONCLUSION OF LAW

The criteria for dismissal of the claim for service connection for residuals of back surgery (also claimed as arthritis) have been met. 38 U.S.C. § 7105(b)(2), (d)(5) (2016); 38 C.F.R. § 20.204 (2017).

REASONS AND BASES FOR FINDING AND CONCLUSION

The Veteran served on active duty from March 1990 to October 1992.

This appeal comes before the Board of Veterans’ Appeals (Board) from a January 2017 rating decision issued by the Department of Veterans Affairs (VA) Regional Office (RO). 

In a November 2017 letter from the RO, the Veteran was provided an opportunity to participate in VA’s Rapid Appeals Modernization Program (RAMP). See November 2017 RAMP Opt-In Notice. On June 4, 2018, the Veteran elected to withdraw his pending appeal and to participate in RAMP, selecting the option for "Higher-Level Review." See June 2018 RAMP Opt-In Election. While appeals that have been activated by the Board are not eligible for RAMP processing, the issue listed on the front page of this decision was not activated by the Board prior to the Veteran's decision to participate in RAMP. Therefore, the Board finds that the issue of entitlement to service connection for residuals of back surgery (also claimed as arthritis) have been withdrawn, and are therefore dismissed.

 

T. MAINELLI

Veterans Law Judge

Board of Veterans’ Appeals

ATTORNEY FOR THE BOARD Michael J. O'Connor